UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-63-1 (2)
No. 5:12-CR-63-2 (2)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THREE-COUNT GRAND JURY ) | ORDER |
| INDICTMENT OF FEBRUARY 21, 2012 ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Indictment and all other records in this matter be sealed pending the arrest of the named Defendants, except that copies be provided to (1) the United States Attorney's Office for the Eastern District of North Carolina, (2) any United States Attorney's Office where Defendants may be brought for their initial appearances, (3) the Bureau of Alcohol, Tobacco, Firearms and Explosives, and (4) the Drug Enforcement Administration.

It is further ORDERED that (1) the government shall notify the Clerk as soon as possible after each defendant is arrested, (2) the Clerk, upon receiving notice from the government that a particular defendant has been arrested, shall unseal this matter as to that defendant only without further order by the Court.

This the 21st day of February, 2012.

UNITED STATES MAGISTRATE JUDGE